No. 188. HURST ET AL. *v.* GULF OIL CORP. C. A. 5th Cir. Certiorari denied. *W. D. Girand* and *Warren E. Miller* for petitioners. *William L. Kerr* for respondent.

No. 189. 222 EAST CHESTNUT STREET CORP. *v.* LASALLE NATIONAL BANK, TRUSTEE, ET AL. C. A. 7th Cir. Certiorari denied. *Joseph F. Elward* for petitioner. *Milton I. Shadur* for the LaSalle National Bank et al., respondents.

No. 190. TAORMINA CORPORATION ET AL. *v.* ESCOBEDO. C. A. 5th Cir. Certiorari denied. *Jackson Littleton* for petitioners. Respondent *pro se.*

No. 191. CITY BONDED MESSENGER SERVICE, INC., ET AL. *v.* CITY MESSENGER OF HOLLYWOOD, INC., DOING BUSINESS AS THE CITY MESSENGER AIR EXPRESS. C. A. 7th Cir. Certiorari denied. *Eli Mullin* for petitioners. *Harry G. Fins* and *David O. Kuh* for respondent.

No. 194. AMERICAN BEMBERG CORP. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Robert Ash* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice, Meyer Rothwacks* and *Joseph Kovner* for the United States.

No. 195. MISSOURI-KANSAS-TEXAS RAILROAD CO. OF TEXAS *v.* BUSH. Court of Civil Appeals of Texas, Third Supreme Judicial District. Certiorari denied. *Dan Moody* for petitioner. *Fentress Bracewell* for respondent.

No. 196. MACNEIL *v.* GRAY. C. A. 1st Cir. Certiorari denied. *Angus M. MacNeil* for petitioner.